IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

MINUTE SHEET

Date: **April 03, 2003**          Time in:  10:05 a.m.          Time out:  10:12 a.m.

PANDROL USA LP, et al.,
        Plaintiff(s),

v.                                    Case No.    **99-0182-CV-W-SOW**

AIRBOSS RAILWAY PRODUCTS, INC., et al.,
        Defendant(s).

HON.  SCOTT O. WRIGHT, Senior Judge     Presiding at:  K.C. MO

Nature of proceeding:     Teleconference

Appearances

Plaintiff(s):                          Defendant(s):
Allen I. Rubenstein                    Tammy L. Horn
Ray Churchhill                         Richard R. Johnson
                                       Trent Webb

Remarks:

    Briefing schedule established.

ERO:  A. Mason                         Courtroom Deputy:    C. Morrison